## FRANKLIN & CO., EX PARTE.

*Mandamus.*

Original petition in the Supreme Court.

D. H. RIDDLE, for petitioner. B. B. BRIDGES, G. A. SORRELL, and C. C. WHITSON, for respondents.

Per curiam. Rule nisi denied.

---

## GASTON, ET AL. V. SAVAGE, ET AL.

*Bill to Rèdeem.*

(Decided Dec. 17, 1908.)

APPEAL from Conecuh Chancery Court.

Heard before Hon. L. D. GARDNER.

JAMES F. JONES, for appellant. HAMILTON & CRUMPTON, STALLWORTH & BURNETT, and J. A. CALDWELL, for appellee.

McCLELLAN, J.—Affirmed on authority of *Savage v. Bradley,* 149 Ala. 169; 43 oSuth. 20.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## GIBSON V. CITY OF TROY.

*Violating City Ordinance.*

(Decided Jan. 19, 1909.)

APPEAL from Pike Circuit Court.

Heard before Hon. H. A. PEARCE.

D. A. BAKER, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed on motion.

---

## GODDARD V. THE STATE.

*Crime.*

(Decided Dec. 17, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

TYSON, C. J. There is no error in the record and the judgment is affirmed.

DOWDELL, ANDERSON and McCLELLAN, JJ., concur.